PRICE, S.

v.

**DEPT. OF TRANSPORTATION**

**1873 CD 2016**

Commonwealth Court of Pennsylvania.

09/29/2017

Bucks County Civil Division, 2016–04347

Reversed